UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA GAWRICH,<br><br>                    Plaintiff,<br><br>     v.<br><br>LIFE CARE CENTERS OF AMERICA INC.,<br><br>                    Defendant. | NO:  4:15-CV-5038-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 19).  The parties have stipulated to the dismissal of this case with prejudice and without fees or costs.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

**IT IS ORDERED**:

The parties' Stipulated Motion to Dismiss (ECF No. 19) is **GRANTED**. The above entitled action and all causes therein are **DISMISSED** with prejudice and without fees or costs.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** February 10, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 2